UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN MERO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-0817 (ABJ) |
| CITY OF SEGWAY TOURS OF WASHINGTON DC, LLC, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that defendant's motion for summary judgment [Dkt. # 49] is GRANTED. This is a final appealable order.

_____
AMY BERMAN JACKSON
United States District Judge

DATE:  August 23, 2013